UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAIN PAINT & BODY, INC., on behalf of
itself and all others situated,

    Plaintiff,

v.                                    Case No:   6:15-cv-6021-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

    Defendants.

## ORDER

Upon due consideration, the Agreed Motion on the Briefing of Defendants' Fed.R.Civ.P. 12(b) Motions Addressing Plaintiff's Class Action Complaint (Doc. 68) is **DENIED**. The parties have not shown good cause why the additional time they seek to brief motions to dismiss is necessary.

**DONE** and **ORDERED** in Orlando, Florida on March 17, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record