UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MAIN PAINT & BODY, INC., on behalf of
itself and all others situated,

    Plaintiff,

v.                               Case No: 6:15-cv-6021-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

    Defendants.

## ORDER

Upon due consideration, the Agreed Motion for an Extension of Time to Amend Plaintiff's Complaint and on the Briefing of Defendants' Fed.R.Civ.P. 12(b) Motions (Doc. 72) is **GRANTED in part and DENIED in part**. Plaintiff has through March 25, 2015 to file its amended complaint. Responses to the amended complaint are due within 14 days after it is filed. Replies are due within 7 days after responses are filed. An additional 3 days may be added to these time frames when appropriate under Fed.R.Civ.P. 6(d).

**DONE** and **ORDERED** in Orlando, Florida on March 17, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record