# IN THE UNITED STATES DISTRICT COURT
# FOR MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MAIN PAINT & BODY, INC., | Case No. 6:15-cv-6021-GAP-TBS |
| On behalf of itself and all others similarly situated, | (Ohio Action) |
| | MDL Docket No. 2557 |
| Plaintiff, | |
| | Judge Gregory A. Presnell |
| v. | |
| | **NOTICE OF VOLUNTARY DISMISSAL** |
| STATE FARM MUTUAL AUTOMOBILE INS. CO., et al., | |
| Defendants. | |

Under the authority of Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Main Paint & Body, Inc. hereby dismisses the within action, without prejudice.

Respectfully submitted,

/s/ James B. Rosenthal

| | |
|---|---|
| Erica L. Eversman (0061909) | Joshua R. Cohen (0032368) |
| 846 N. Cleveland-Massillon Road | James B. Rosenthal (0062872) |
| Bath, OH 44333-2181 | Jason R. Bristol (0072989) |
| Telephone: (330) 668-2595 | **COHEN ROSENTHAL & KRAMER LLP** |
| Facsimile: (330) 668-2627 | The Hoyt Block Building - Suite 400 |
| Email: eeversman@roadrunner.com | 700 West St. Clair Ave. |
| | Cleveland, Ohio 44113 |
| | Telephone: (216) 781-7956 |
| | Facsimile: (216) 781-8061 |
| | E-mail: jcohen@crklaw.com |

| | |
|---|---|
| Dennis A. Becker (0005511)<br>BECKER & CADE<br>526 Wards Corner Road, Suite A<br>Loveland, OH 45140-9134<br>Telephone: (513) 683-2252<br>Facsimile: (513) 683-2257<br>Email: dabecker@fuse.net | Peter D. Traska (0079036)<br>Traska Law Firm, LLC<br>P.O. Box 609306<br>Cleveland, OH 44109<br>Telephone: 216-282-4738<br>Facsimile: 216-342-7078<br>ptraska@traskalawfirm.com<br><br>Counsel for Plaintiff |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ James B. Rosenthal